1  SHOOK, HARDY & BACON L.L.P
   Scott LaSalle (SBN: 188287)
2  5 Park Plaza, Suite 1600
   Jamboree Center
3  Irvine, California 92614-2546
   Telephone: (949) 475-1500
4  Facsimile: (949) 475-0016
   Email: rlasalle@shb.com
5

6  Attorneys for Defendants
   Tyco Healthcare Group LP n/k/a Covidien and
7  Covidien, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART GONZALES, ET AL., | Case No. 1:09-CV-01958-OWW-SMS |
| Plaintiffs, | Judge: Hon. Oliver W. Wanger<br>Courtroom: #3 (7th Floor) |
| v. | **ORDER ON JOINT STIPULATION RE TYCO HEALTHCARE GROUP AND COVIDIEN'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT FOR DAMAGES** |
| LUCILLE PACKARD CHILDREN'S HOSPITAL, ET AL., | |
| Defendants. | |

1

STIPULATION AND ORDER RE CONTINUANCE OF
TYCO HEALTHCARE AND COVIDIEN'S TIME TO FILE A RESPONSIVE PLEADING

61730v1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs and Defendants Tyco Healthcare Group LP n/k/a Covidien and Covidien jointly agree to stipulate to continue Tyco Healthcare and Covidien's time to file a responsive pleading in response to Plaintiffs' Complaint for Damages to December 15, 2009.

Dated:  November 16, 2009          SHOOK, HARDY & BACON LLP


                                   By:  /s/ Scott LaSalle
                                        Scott LaSalle
                                   Attorneys for Defendants Tyco Healthcare
                                   Group LP n/k/a Covidien and Covidien, Inc.


Dated:  November 16, 2009          ROBINSON, CALCAGNIE & ROBINSON


                                   By:  /s/ Karren Schaeffer
                                        Karren Schaeffer
                                   Attorneys for Plaintiffs


## **ORDER**

Good cause appearing therefore, it is hereby ordered that Tyco Healthcare LP n/k/a Covidien and Covidien, Inc.'s responsive pleading in response to Plaintiffs' Complaint for Damages shall be due December 15, 2009.


Dated: November 16, 2009          By:    /s/ OLIVER W. WANGER
                                         United States District Judge

2

STIPULATION AND ORDER RE CONTINUANCE OF
TYCO HEALTHCARE AND COVIDIEN'S TIME TO FILE A RESPONSIVE PLEADING

61730v1

PDF created with pdfFactory trial version www.pdffactory.com