| | |
|---|---|
| 1 | LAURIE E. SHERWOOD, State Bar No. 155312 |
| | ALEXANDER F. PEVZNER, State Bar No. 221606 |
| 2 | WALSWORTH FRANKLIN BEVINS & McCALL, LLP |
| | 601 Montgomery Street, Ninth Floor |
| 3 | San Francisco, California 94111-2612 |
| | Telephone:   (415) 781-7072 |
| 4 | Facsimile:    (415) 391-6258 |
| 5 | Attorneys for Defendant |
| | MEDEFIL, INC. |
| 6 | |
| | **OF COUNSEL:** |
| 7 | BARRY R. MURNER, ESQ. |
| | SEELEY, SAVIDGE, EBERT & GOURASH CO., LPA |
| 8 | 26600 Detroit Road |
| | Cleveland, OH  44145-2397 |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| ART GONZALES and MARY GONZALES, Individually and as Successors-in-Interest of the Estate of M.G., | ) Case No. 1:09-CV-01958-OWW-SMS ) ) **STIPULATION AND ORDER FOR** |
| Plaintiffs, | ) **EXTENSION OF TIME IN WHICH TO** ) **RESPOND TO PLAINTIFFS'** ) **COMPLAINT** |
| v. | ) |
| LUCILLE PACKARD CHILDREN'S HOSPITAL, STANFORD HOSPITAL AND CLINICS, | ) ) ) |
| BAXTER HEALTHCARE CORP. c/o Ct Corporation System 4169 Westport Road Louisville, KY  40207 | ) ) ) ) ) |
| and | ) |
| BAXTER INTERNATIONAL, INC. One Baxter Parkway Deerfield, IL  60015 | ) ) ) |
| and | ) |
| SCIENTIFIC PROTEIN LABORATORIES, INC. c/o CT Corporation System, Registered Agent 8040 Excelsior Dr., Suite 200 Madison, WI  53717 | ) ) ) ) ) |

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | and ) |
| | ) |
| 2 | CHANGZHOU SPL COMPANY, LTD. aka ) |
| | KAIPU BIOCHEMICAL CO. ) |
| 3 | 3 Changhong West Road ) |
| | Wujing, Changzhou City ) |
| 4 | Jiangsu Province, China ) |
| | ) |
| 5 | and ) |
| | ) |
| 6 | AMERICAN CAPITAL LTD. ) |
| | Two Bethesda Metro Center ) |
| 7 | 14th Floor ) |
| | Bethesda, MD  20814 ) |
| 8 | ) |
| | and ) |
| 9 | ) |
| | B. BRAUN MEDICAL, INC. ) |
| 10 | c/o CSC-Lawyers Inc. Service Co. ) |
| | 421 W. Main St. ) |
| 11 | Frankfort, KY  40601 ) |
| | ) |
| 12 | and ) |
| | ) |
| 13 | TYCO HEALTHCARE GROUP, LP N/K/A ) |
| | COVIDIEN AND COVIDIEN INC. ) |
| 14 | c/o CT Corporation System ) |
| | 4169 Westport Road ) |
| 15 | Louisville, KY  40207 ) |
| | ) |
| 16 | and ) |
| | ) |
| 17 | MEDEFIL, INC. ) |
| | 250 Windy Point Dr. ) |
| 18 | Glendale Heights, IL  60139 ) |
| | ) |
| 19 | DOES 1 through 100, inclusive, ) |
| | ) |
| 20 | Defendants. ) |
| | ) |

21

22      IT IS HEREBY STIPULATED by and between Plaintiffs ART GONZALES and MARY

23 GONZALES, Individually and as Successors-in-Interest of the Estate of M.G. ("Plaintiffs"), and

24 Defendant MEDEFIL, INC., by and through their respective counsel, that Medefil, Inc. shall have

25 ///

26 ///

27 ///

28 ///

**Walsworth,
Franklin,
Bevins &
McCall, LLP**
*ATTORNEYS AT LAW*

-2-   Case No.  1:09-CV-01958-OWW-SMS

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS'
COMPLAINT

770056.1

PDF created with pdfFactory trial version www.pdffactory.com

1  and hereby is granted an extension of time through and including December 14, 2009, in which to
2  file and serve a responsive pleading to Plaintiffs' Complaint.

4  Dated: November 13, 2009          ROBINSON, CALCAGNIE, ROBINSON

6                                   By:      */s/ Karren T. Schaeffer*
7                                        KARREN T. SCHAEFFER
                                         Attorneys for Plaintiffs
8                                        ART GONZALES and MARY GONZALES,
                                         Individually and as Successor-in-Interest of the
                                         Estate of M.G.

10 Dated: November 13, 2009          WALSWORTH FRANKLIN BEVINS & McCALL, LLP

12                                  By:      */s/ Laurie E. Sherwood*
13                                       LAURIE E. SHERWOOD
                                         Attorneys for Defendant
                                         MEDEFIL, INC.

16        IT IS SO ORDERED.

18 Dated: November 16,    2009              /s/ OLIVER W. WANGER
                                         THE HONORABLE OLIVER W. WANGER
19                                       Judge of the United States District Court

-3-    Case No. 1:09-CV-01958-OWW-SMS

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

**Walsworth, Franklin, Bevins & McCall, LLP**
*ATTORNEYS AT LAW*

770056.1

PDF created with pdfFactory trial version www.pdffactory.com