**DUMMIT, BUCHHOLZ & TRAPP**
   Attorneys At Law
   1661 Garden Highway
Sacramento, California 95833-9706
   Telephone (916) 929-9600
   Fax (916) 927-5368
Daniela P. Stoutenburg- State Bar No. 183785
Carolyn L. Katzorke - State Bar No. 237989
Attorneys for Defendants LUCILLE SALTER PACKARD CHILDREN'S HOSPITAL, *erroneously sued as LUCILLE PACKARD CHILDREN'S HOSPITAL,* and STANFORD HOSPITAL & CLINICS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART GONZALES, et al., | Case No. 1:09-CV-01958-OWW-SMS |
|     Plaintiffs, | Judge: Hon. Oliver W. Wanger |
| | Courtroom: #3 (7th Floor) |
| vs. | |
| | **ORDER ON JOINT STIPULATION RE LUCILLE PACKARD CHILDREN'S HOSPITAL AND STANFORD HOSPITAL AND CLINICS' TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT FOR DAMAGES** |
| LUCILLE PACKARD CHILDREN'S HOSPITAL, et al., | |
|     Defendants. | |

///
///
///
///
///
///
///
///

-1-

ORDER ON JOINT STIPULATION RE LUCILLE PACKARD CHILDREN'S HOSPITAL AND STANFORD HOSPITAL AND CLINICS' TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT FOR DAMAGES

Plaintiffs and Defendants LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS jointly agree to stipulate to continue LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS' time to file a responsive pleading in response to Plaintiffs' Complaint for Damages to December 3, 2009.

Dated: November 16, 2009          DUMMIT, BUCHHOLZ & TRAPP

                                  By:   /s/ Carolyn Katzorke
                                        Carolyn Katzorke
                                        Attorneys for Defendants Lucille Packard
                                        Children's Hospital and Stanford Hospital & Clinics

Dated: November 16, 2009          ROBINSON, CALCAGNIE & ROBINSON

                                  By:   /s/ Karren Schaeffer
                                        Karren Schaeffer
                                        Attorneys for Plaintiffs

**ORDER**

Good cause appearing therefore, it is hereby ordered that LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS' responsive pleading in response to Plaintiffs' Complaint for Damages shall be due on December 3, 2009.

IT IS SO ORDERED.

**Dated:   November 18, 2009**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

-2-

ORDER ON JOINT STIPULATION RE LUCILLE PACKARD CHILDREN'S HOSPITAL AND STANFORD HOSPITAL AND CLINICS' TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT FOR DAMAGES