1  **DUMMIT, BUCHHOLZ & TRAPP**
      Attorneys At Law
2     1661 Garden Highway
3  Sacramento, California 95833-9706
      Telephone (916) 929-9600
4     Fax (916) 927-5368
5  Daniela P. Stoutenburg- State Bar No. 183785
   Carolyn L. Katzorke - State Bar No. 237989
6  Attorneys for Defendants LUCILLE SALTER PACKARD
   CHILDREN'S HOSPITAL, *erroneously sued as LUCILLE PACKARD*
7  *CHILDREN'S HOSPITAL,* and STANFORD HOSPITAL & CLINICS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART GONZALES, et al., ) | Case No.  1:09-CV-01958-OWW-SMS |
| ) | |
| Plaintiffs, ) | Judge: Hon. Oliver W. Wanger |
| ) | Courtroom: #3 (7th Floor) |
| vs. ) | |
| ) | **ORDER ON JOINT STIPULATION RE** |
| LUCILLE PACKARD CHILDREN'S ) | **TRANSFER OF VENUE TO** |
| HOSPITAL, et al., ) | **NORTHERN DISTRICT OF** |
| ) | **CALIFORNIA PURSUANT TO 28** |
| Defendants. ) | **U.S.C. §1404(b)** |
| ) | |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

ORDER ON JOINT STIPULATION RE TRANSFER OF VENUE TO NORTHERN DISTRICT OF
CALIFORNIA PURSUANT TO 28 U.S.C. §1404(b).

Pursuant to 28 U.S.C. §1391, being that Defendants, LUCILLE SALTER PACKARD CHILDREN'S HOSPITAL, *erroneously sued as* LUCILLE PACKARD CHILDREN'S HOSPITAL, and STANFORD HOSPITAL & CLINICS, are the only Defendants of this action that reside in the State of California, and as such reside in the County of Santa Clara; and further, that the alleged acts of negligence that caused injury to Plaintiffs arose in Santa Clara County, Plaintiffs and Defendants jointly agree to stipulate to transfer venue to the appropriate venue of the Northern District of California, San Jose Branch, pursuant to 28 U.S.C. §1404(b).

Dated: November 18, 2009          DUMMITT, BUCHHOLZ & TRAPP


                                  By:   /s/ Carolyn Katzorke
                                        Carolyn Katzorke
                                        Attorneys for Defendants Lucille Packard
                                        Children's Hospital and Stanford Hospital & Clinics


Dated: November 18, 2009          ROBINSON, CALCAGNIE & ROBINSON


                                  By:   /s/ Karren Schaeffer
                                        Karren Schaeffer
                                        Attorneys for Plaintiffs


Dated: November 18, 2009          SHOOK, HARDY & BACON LLP


                                  By:   /s/ Scott LaSalle
                                        Scott LaSalle
                                        Attorneys for Defendants Tyco Healthcare Group
                                        LP n/k/a Covidien and Covidien, Inc

///

///

///

///

-2-

ORDER ON JOINT STIPULATION RE TRANSFER OF VENUE TO NORTHERN DISTRICT OF
CALIFORNIA PURSUANT TO 28 U.S.C. §1404(b).

| | |
|---|---|
| Dated:  November 18, 2009 | KIRKLAND & ELLIS, LLP |
| | By:   /s/ Tammy A. Tsoumas<br>Tammy A. Tsoumas<br>Attorneys for Defendants Baxter Healthcare Corporation, Baxter International Inc., Scientific Protein Laboratories LLC, Changzou SPL Co., Ltd., and American Capital, Ltd. |
| Dated:  November 18, 2009 | PEEL, GARCIA & STAMPER, LLP |
| | By:   /s/ James W. Peel<br>James W. Peel<br>Attorneys for Defendants B. Braun Medical, Inc. |
| Dated:  November 18, 2009 | WALSWORTH FRANKLIN BEVINS & MCCALL LLP |
| | By:   /s/ Laurie Sherwood<br>Laurie Sherwood<br>Attorneys for Defendant Medefil, Inc. |

**ORDER**

Good cause appearing therefore, it is hereby ordered that this matter be transferred to the proper venue of the Northern District of California, San Jose Branch, pursuant to 28 U.S.C. §1404(b).

IT IS SO ORDERED.

**Dated:   November 18, 2009**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

-3-

ORDER ON JOINT STIPULATION RE TRANSFER OF VENUE TO NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §1404(b).