```
 1  LAURIE E. SHERWOOD, State Bar No. 155312
    ALEXANDER F. PEVZNER, State Bar No. 221606
 2  WALSWORTH FRANKLIN BEVINS & McCALL, LLP
    601 Montgomery Street, Ninth Floor
 3  San Francisco, California 94111-2612
    Telephone:   (415) 781-7072
 4  Facsimile:   (415) 391-6258

 5  Attorneys for Defendant
    MEDEFIL, INC.
 6
    OF COUNSEL:
 7  BARRY R. MURNER, ESQ.
    SEELEY, SAVIDGE, EBERT & GOURASH CO., LPA
 8  26600 Detroit Road
    Cleveland, OH  44145-2397
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ART GONZALES and MARY GONZALES, Individually and as Successors-in-Interest of the Estate of M.G., <br><br>Plaintiffs, <br><br>v. <br><br>LUCILLE PACKARD CHILDREN'S HOSPITAL, STANFORD HOSPITAL AND CLINICS, <br><br>BAXTER HEALTHCARE CORP. <br>c/o Ct Corporation System <br>4169 Westport Road <br>Louisville, KY  40207 <br><br>and <br><br>BAXTER INTERNATIONAL, INC. <br>One Baxter Parkway <br>Deerfield, IL  60015 <br><br>and <br><br>SCIENTIFIC PROTEIN LABORATORIES, INC. <br>c/o CT Corporation System, Registered Agent <br>8040 Excelsior Dr., Suite 200 <br>Madison, WI  53717 <br><br>and | Case No. 5:09-CV-05539-~~PVT~~ JF <br><br>Judge:  Hon. ~~Patricia V. Trumbull~~ Jeremy Fogel <br>Ctrm:    ~~5~~  3 <br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT** |

-1-    Case No.  5:09-CV-05539-PVT

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

808012.1
1807-3.2131

| | |
|---|---|
| 1 | CHANGZHOU SPL COMPANY, LTD. aka |
| 2 | KAIPU BIOCHEMICAL CO.<br>3 Changhong West Road |
| 3 | Wujing, Changzhou City<br>Jiangsu Province, China |
| 4 | |
| | and |
| 5 | |
| | AMERICAN CAPITAL LTD. |
| 6 | Two Bethesda Metro Center<br>14th Floor |
| 7 | Bethesda, MD  20814 |
| 8 | and |
| 9 | B. BRAUN MEDICAL, INC. |
| | c/o CSC-Lawyers Inc. Service Co. |
| 10 | 421 W. Main St.<br>Frankfort, KY  40601 |
| 11 | |
| | and |
| 12 | |
| | TYCO HEALTHCARE GROUP, LP N/K/A |
| 13 | COVIDIEN AND COVIDIEN INC.<br>c/o CT Corporation System |
| 14 | 4169 Westport Road<br>Louisville, KY  40207 |
| 15 | |
| | and |
| 16 | |
| | MEDEFIL, INC. |
| 17 | 250 Windy Point Dr.<br>Glendale Heights, IL  60139 |
| 18 | |
| | DOES 1 through 100, inclusive, |
| 19 | |
| |                  Defendants. |
| 20 | |

21  IT IS HEREBY STIPULATED by and between Plaintiffs ART GONZALES and MARY

22  GONZALES, Individually and as Successors-in-Interest of the Estate of M.G. ("Plaintiffs"), and

23  Defendant MEDEFIL, INC., by and through their respective counsel, that Medefil, Inc. shall have

24  ///

25  ///

26  ///

27  ///

28  ///

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

-2-    Case No.  5:09-CV-05539-PVT

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

808012.1
1807-3.2131

and hereby is granted an extension of time through and including February 11, 2010, in which to file and serve a responsive pleading to Plaintiffs' Complaint. This extension will allow time for a decision as to whether the matter will be transferred to the MDL.

Dated: January 14, 2010     ROBINSON, CALCAGNIE, ROBINSON

By:   /s/ Karren T. Schaeffer
KARREN T. SCHAEFFER
Attorneys for Plaintiffs
ART GONZALES and MARY GONZALES, Individually and as Successor-in-Interest of the Estate of M.G.

Dated: January 14, 2010     WALSWORTH FRANKLIN BEVINS & McCALL, LLP

By:   /s/ Laurie E. Sherwood
LAURIE E. SHERWOOD
Attorneys for Defendant
MEDEFIL, INC.

IT IS SO ORDERED.

Dated: January 20, 2010

_____JEREMY FOGEL_____
THE HONORABLE ~~PATRICIA V. TRUMBULL~~
Judge of the United States District Court

-3-   Case No. 5:09-CV-05539-PVT

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

808012.1
1807-3.2131

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW